548

that if the seaman elects to proceed under the "new rules" he is bound by all of the "new rules" whether action is instituted on the law side or in admiralty.

For the reasons stated, we grant respondent's motion to strike from the libel all claims or allegations related to or founded upon the provisions of the Jones Act and to limit libellant at the trial to his remedies under the general maritime law.

Krusen, Evans & Shaw, of Philadelphia, Pa., for defendants.

Before KIRKPATRICK, WELSH, KALODNER, and BARD, District Judges.

KALODNER, District Judge.

The motion to strike is granted.

See opinion filed this day in William H. Brown v. C. D. Mallory & Company et al., D.C., 34 F.Supp. 541.

### John PANKO v. COMMERCIAL MOLASSES CORPORATION and Steamship "DORA" (and Steamship "COMOL CUBA").

No. 37.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.

Krusen, Evans & Shaw, of Philadelphia, Pa., for defendants.

Before KIRKPATRICK, WELSH, KALODNER, and BARD, District Judges.

KALODNER, District Judge.

The motion to strike is granted.

See opinion filed this day in William H. Brown v. C. D. Mallory & Company et al., D.C., 34 F.Supp. 541.

### Harry A. HAGELIN v. COMMERCIAL MOLASSES CORPORATION and Steamship "DORA" (and Steamship "COMOL CUBA").

No. 41.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.

Krusen, Evans & Shaw, of Philadelphia, Pa., for defendants.

Before KIRKPATRICK, WELSH, KALODNER, and BARD, District Judges.

KALODNER, District Judge.

The motion to strike is granted.

See opinion filed this day in William H. Brown v. C. D. Mallory & Company et al., D. C., 34 F.Supp. 541.

### Thomas M. MORIORITY v. COMMERCIAL MOLASSES CORPORATION and Steamship "DORA" (and Steamship "COMOL CUBA").

No. 39.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.

### Archie Carr GIBBS v. COMMERCIAL MOLASSES CORPORATION and Steamship "DORA" (and Steamship "COMOL CUBA").

No. 43.

District Court, E. D. Pennsylvania.

July 31, 1940.

Freedman & Goldstein, of Philadelphia, Pa., for plaintiff.